TO THE COURT OF CRIMINAL APPEALS
    OF TEXAS
    COURT CLERK

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

69,858-18

RE: PROCEDURE AND RULES

I mailed this supplement on the 5th day of March, 2015 this appart of my writ of ~~Hea~~ Habeas Courpus!

THE 2nd AND THE 8th DISTRICT COURTS OF HARRIS COUNTY, REFUSE TO go by the Procedures and Rules of CHAPTER 11 OF THE Code of CRIMINAL Procedure ARTICLES 11.07, 11.071, 11.072, 11.073, AND 11.09. THE 8th COURT ROOM HAS REFUSED TO ANSWER MY WRIT OF HABEAS CORPUS!

HERE IS MORE PROOF OF THEIR REFUSAL TO go by THE PROCEDURE AND RULES OF THE ARTICLES, STATUES OF THE LAWS

RESPCTFULLY SUBMITTED,
Donald Wayne Herod
DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX, 78102

MARCH 18, 2015.



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

Direct Dial Line:

DONALD WAYNE HEROD #1538539
MCCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TEXAS 78102

Memorandum response to correspondence received: <u>03/09/2015</u>

Re: Cause No(s) <u>0677275.</u>

Dear <u>Mr. Donald Wayne Herod,</u>

☒ Your motion/request <u>Writ of Habeas Corpus</u> was filed with the District Clerk and on <u>03/10/2015</u> the Court:

☐ Took no action ☒ Denied your Motion/Request ☐ Granted your motion/request

☐ Took action ☐ Advised attorney of record ☐ Other

☐ Other: _____

CHRIS DANIEL, District Clerk

By: BJB
Clerk in the County Criminal Court at Law No. 2

CAUSE NO. #0677275

WRIT DENIED
W/O HEARING
W. Hum
2015 MAR -9 AM 9:40
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
13/9/9

DONALD WAYNE HEROD
T.D.C.J.-C.I.D. NO. 1538539
RELATOR

§ IN THE 2nd JUDICIAL

§ DISTRICT COURT OF

§ HARRIS COUNTY,

VS.

§ TEXAS

§

THE STATE OF TEXAS
RESPONDANT

§

§

MOTION FOR LEAVE TO FILE THIS ARTICLE 11.07 SUPPLEMENT / UNDER ARTICLE 11.073 WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DONALD WAYNE HEROD #1538539, RELATOR IN THIS ABOVE STYLED AND NUMBERED CAUSE OF ACTION, IN THIS MOTION FOR LEAVE TO FILE THIS ARTICLE 11.07 SUPPLEMENT / UNDER ARTICLE 11.073 WRIT OF HABEAS CORPUS, AND WOULD SHOW THE COURT THE FOLLOWING:

## HISTORY

CHAPTER 11 OF THE CODE OF CRIMINAL PROCEDURE ARTICLE'S ARE ABOUT HABEAS CORPUS, BUT THEY ARE NOT ALL ALIKE, TAKE ARTICLE 11.07 IT IS FOR CONSTITUTIONAL ERROR'S AND INEFFECTIVE ASSISTANCE OF COUNSEL! ARTICLE 11.073 IS ALL ABOUT CHALLENGING THE CONVICTION USEING RELEVANT SCIENTIFIC EVIDENCE TO WHICH IN THIS CASE IT WOULD BE BREATH, BLOOD, OR URINE! THAT EVIDENCE WAS SUPPOSE TO HAVE BEEN TAKEN AT THE TIME OF ARREST AT THE POLICE DEPARTMENT STATION! NO WHERE ON THE 11.07'S FORM DOES RELEVANT SCIENTIFIC EVIDENCE COME TO PLAY. THAT FORM IS FOR 11.07 USE NOT FOR 11.073 WHERE WAS THE BODY FLUIDS AT THAT WAS USED FOR TESTING?

Texas State Law Library
December 9th 2013

According to the statutory history, Code of Criminal Procedure Article 18.01 was enacted in Acts 1965 59th Leg., Vol. 2 p. 317, Ch. 722 Transportation Code 724.012 was enacted in Acts 1995, 74th Leg., Ch. 165 Sec. 1, Eff, Sept. 1st, 1995.

We were unable to locate a separate law titled the "No Refusal Act." From our research, "No Refusal" weekends are enabled by the two statutes listed above, specifically Chapter 724 of the Transportation Code, Chapter 724 of the Transportation Code concerns "Implied Consent." The following is an excerpt from an attorney's blog on DWI/DUI

To combat these issues, police departments across the state have begun instituting "No-Refusal weekends,"— a program that allows law enforcement to collect a blood sample from people pulled over for suspected DWI regardless of whether the individual refuses testing. In Texas all drivers are considered to have given "Implied Consent" to provide a breath or blood sample (http://dwi.dfwattorneys.com/articles/texas--drunk-driving-no-refusal weekends. shtml) I refused testing
Where is that blood sample

## Texas Criminal and Traffic Law "Penal Code"

### 49.01

(1) "ALCOHOL CONSENTRATION" MEANS THE NUMBER OF GRAMS OF ALCOHOL PER:

(A) 210 LITERS OF BREATH;

(B) 100 MILLILITERS OF BLOOD; OR

(C) 67 MILLILITERS OF URINE

(2) INTOXICATED MEANS

(A) NOT HAVING THE USE OF NORMAL MENTAL OR PHYSICAL FACULTIES "BY" REASON OF INTRODUCTION OF ALCOHOL; OR

(B) HAVING AN ALCOHOL CONCENTRATION OF 0.08% OR MORE

### SECTION 201 PROOF BEYOND A REASONABLE DOUBT

ALL PERSONS ARE PRESUMED TO BE INNOCENT AND NO PERSON MAY BE CONVICTED OF AN OFFENSE UNLESS "EACH ELEMENT OF THE OFFENSE IS PROVED BEYOND A REASONABLE DOUBT.

WHERE WAS THE ALCOHOL AT? WHAT PART OF MY BODY FLUID WERE USED IN TESTING? WHICH TEST WAS USED?

## PRAYER FOR RELIEF

THE RELATOR PRAYS THAT THIS COURT GRANT THIS RELIEF IN FULL AND REVERSE THE TRIAL COURTS ORDER

EXECUTED ON THIS THE 5TH DAY OF MARCH, 2015

RESPECTFULLY SUBMITTED,

*Donald Wayne Herod*

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102

## INMATES UNSWORN DECLARATION

I DONALD WAYNE HEROD, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTION DIVISION AT THE McCONNELL UNIT IN BEEVILLE, TX, HEREBY UNDER THE PENALTY OF PERJURY DECLARE THAT THE ABOVE TO BE TRUE AND CORRECT

EXECUTED ON THIS THE 5TH DAY OF MARCH, 2015

RESPECTFULLY SUBMITTED,

*Donald Wayne Herod*

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102

WRIT DENIED
W/O HEARING
L.H. Hannis 3-10-